UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHRISTOPHER SHELDON ARNOLD** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-690** |
| **CAPTAIN DANNY HONEYCUTT** | **SECTION: "A"(1)** |

## O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal application for habeas corpus relief filed by Christopher Sheldon Arnold is **DISMISSED WITH PREJUDICE**.

August 6, 2020

_____
UNITED STATES DISTRICT JUDGE